```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02691
    CHARLES E JONES JR
    TABITHA G JONES                          CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-0006    SSN XXX-XX-6924

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/15/2007 and was confirmed 05/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was converted to chapter 7 after confirmation 07/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MTG CORP MORTGAGE ARRE      1312.08           .00        1312.08
CHASE MANHATTAN MTG CORP NOTICE ONLY      NOT FILED           .00           .00
MONTEREY FINANCIAL       SECURED             200.00           .00         127.65
COOK COUNTY TREASURER    SECURED             644.40           .00         644.40
HSBC AUTOMOTIVE FINANCE  SECURED VEHIC      4712.26        603.30        1598.48
PIERCE & ASSOCIATES      NOTICE ONLY      NOT FILED           .00           .00
TRANSWORLD SYSTEMS       NOTICE ONLY      NOT FILED           .00           .00
CB USA                   UNSECURED            505.34          .00           .00
ALVERNO CLINICAL LAB     UNSECURED        NOT FILED           .00           .00
MIDWESTERN AUDIT SERVICE NOTICE ONLY      NOT FILED           .00           .00
ASSOC ST JAMES RADIOLOGI UNSECURED        NOT FILED           .00           .00
SBC                      NOTICE ONLY      NOT FILED           .00           .00
AT&T DISH NETWORK        UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1213.52          .00           .00
CAPITAL ONE              UNSECURED           1551.90          .00           .00
NCO FINANCIAL SYSTEMS IN NOTICE ONLY      NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           1540.30          .00           .00
ENHANCED RECOVERY CORP   NOTICE ONLY      NOT FILED           .00           .00
CINGULAR WIRELESS        UNSECURED        NOT FILED           .00           .00
RUSSELL H GERTSCH        UNSECURED        NOT FILED           .00           .00
EMERGENCY CARE HEALTH OR UNSECURED           1155.00          .00           .00
CREDITORS COLLECTION BUR NOTICE ONLY      NOT FILED           .00           .00
FORUM HEALTH             UNSECURED        NOT FILED           .00           .00
HSBC CARD SERVICES       UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC     UNSECURED            212.89          .00           .00
ER SOLUTIONS             UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SYST UNSECURED        NOT FILED           .00           .00
RUBE CHIROPRACTICE HEALT UNSECURED        NOT FILED           .00           .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED           .00           .00
SPRINT-NEXTEL CORP       UNSECURED            209.31          .00           .00
SPRINT PCS               NOTICE ONLY      NOT FILED           .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 02691 CHARLES E JONES JR & TABITHA G JONES

```
ST JAMES HOSPITAL & HEAL   UNSECURED         2586.91              .00              .00
ST MARGARET MERCY HEALTH   NOTICE ONLY     NOT FILED              .00              .00
ST MARGARET MERCY CRETE    UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1129.67              .00              .00
WASHINGTON MUTUAL CARD S   NOTICE ONLY     NOT FILED              .00              .00
WELLGROUP HEATLTHPARTNER   UNSECURED       NOT FILED              .00              .00
WELL GROUP HEALTH PARTNE   NOTICE ONLY     NOT FILED              .00              .00
MONTEREY FINANCIAL         UNSECURED          167.93              .00              .00
DENNIS G KNIPP             ATTORNEY          2500.00              .00          2500.00
STEPHEN J WEST             DEBTOR ATTY          .00                                .00
TOM VAUGHN                 TRUSTEE                                             494.09
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  7,280.00

PRIORITY                                               .00
SECURED                                           3,682.61
    INTEREST                                        603.30
UNSECURED                                              .00
ADMINISTRATIVE                                    2,500.00
TRUSTEE COMPENSATION                                494.09
DEBTOR REFUND                                          .00
                       ---------------    ---------------
TOTALS                   7,280.00                7,280.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 02691 CHARLES E JONES JR & TABITHA G JONES